IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Travis N. Buck, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 8:08-01471-HMH |
| | ) | |
| v. | ) | **OPINION & ORDER** |
| | ) | |
| Charles T. Blaine, individually, as an officer of the law specifically deputized by Sheriff James E. Singleton, and as an agent, servant, and employee of Oconee County; Sheriff James E. Singleton, in his official capacity as Deputy Sheriff of Oconee County; Phillip Bryant, in his official capacity as Deputy Sheriff of Oconee County, and as an agent, servant, and employee of Oconee County; Oconee County; Brandon D. Poole, individually and in his official capacity as a firefighter for Oconee County; Andrew M. Wilbanks; and the United States of America, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On July 15, 2008, the court granted the Government's motion to dismiss United States as a party and to dismiss the 42 U.S.C. § 1983 action against Charles T. Blaine. Having granted the Government's motion, only state law claims remain against the appearing Defendants. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367. The court instructs the Clerk of Court to remand this case to the Court of Common Pleas of Oconee County, South Carolina.

1

**IT IS SO ORDERED.**

                                                    s/Henry M. Herlong, Jr.
                                                    United States District Judge

October 23, 2008
Greenville, South Carolina